

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2019

No. 04-19-00231-CR

Patrick Thomas **CHILDERS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court, Kerr County, Texas
Trial Court No. A17313
Honorable N. Keith Williams, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File brief is hereby GRANTED. The appellant's brief is due on September 26, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2019.

KEITH E. HOTTLE,
Clerk of Court